IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIMBERLEY EDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-684-RAH |
| | ) |
| DAECHANG SEAT CORP. USA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the parties' *Joint Stipulation of Dismissal* (doc. 27) filed on September 19, 2024, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE** on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** on this the 20th day of September, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1